FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 18 AM 8: 10

CLERK /s/
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SECOND SUPERSEDING INDICTMENT NO. CR 405-331 |
| v. | VIO: 18 U.S.C. § 371, CONSPIRACY |
| | 18 U.S.C. § 1956(h), MONEY LAUNDERING CONSPIRACY |
| JONATHAN DEREK NIBLACK KING VIRGIL CHEEK, III, BRYANT KEITH SHARP, MITCHELL E. WILSON, RODNEY MADDOX COFFEY, STACY MCBEAN, CHARLES ALLEN AIKEN, BRYAN KEITH DAVIS, BRIAN GARIETH BETTS, JOHN SCOTT and KRYSTLL JANAL GARDNER a/k/a VERONICA SMITH | 18 U.S.C. § 1952, INTERSTATE TRAVEL IN AID OF RACKETEERING |
| | 18 U.S.C. § 1344, BANK FRAUD |
| | 18 U.S.C. § 2, AIDING AND ABETTING |

## ORDER

The Government having moved the court to dismiss all charges in the Second Superseding Indictment, without prejudice, as to defendant STACY McBEAN only, it is hereby

CONSIDERED, ADJUDGED, and DECREED that said motion is GRANTED and the charges against defendant STACY McBEAN in the Second Superseding Indictment in the above matter are hereby dismissed, without prejudice.

SO ORDERED this 19 day of April, 2007.

HON. B. AVANT EDENFIELD
JUDGE
UNITED STATES DISTRICT COURT

Order Prepared by:
Brian F. McEvoy
Assistant United States Attorney
Georgia Bar No. 490845